UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOVAN BROWN & ASSOCIATES LIMITED,<br><br>            Plaintiff,<br>      v.<br><br>GOOGLE, INC.,<br><br>            Defendant. | Case No.: C 10-02704 PSG<br><br>**ORDER CLOSING CASE** |

On June 17, 2010, Plaintiff Govan Brown & Associates Limited applied *ex parte* for an order to conduct discovery pursuant to 28 U.S.C. § 1782. On August 6, 2010, the court ruled on Plaintiff's application. *See* Order Granting in Part and Denying in Part Govan Brown's *Ex Parte* Application for Order to Conduct Discovery Pursuant to 28 U.S.C. § 1782 dated August 6, 2010. (Docket No. 5). In this miscellaneous action, no other motions are pending. Accordingly,

IT IS HEREBY ORDERED that the above-captioned action is closed. The Clerk of the Court shall close the file.

Dated:    February 4, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*